**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SAL ALGIERI,**

        **Plaintiff,**

**-vs-**                                                **Case No. 6:08-cv-766-Orl-31GJK**

**THOMAS VANASKI,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 12) filed September 23, 2008.

On November 17, 2008, the United States Magistrate Judge issued a report (Doc. No. 13) recommending that the motion be denied and the case be dismissed pursuant to 28 U.S.C. § 1915. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Leave to Proceed *In Forma Pauperis* is **DENIED** and the case is **DISMISSED** pursuant to 28 U.S.C. § 1915. The clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 8th day of December, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE